AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

FILED
J.JAN 15 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

William E Hartman
Plaintiff
v.
Correctional Medical Services Et Al.
Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 08 - 030

I, William Edgar Hartman, declare that I am the (check appropriate box)

• • (Petitioner/Plaintiff/Movant)   • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?   (• Yes)   • No   (If "No" go to Question 2)

    If "YES" state the place of your incarceration  Sussex Correctional Institution

    Inmate Identification Number (Required):  #231787 SBI

    Are you employed at the institution? NO   Do you receive any payment from the institution? NO

    *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2.  Are you currently employed?   • • Yes   (• No)

    a.  If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

    b.  If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.  Owner:
JGM Custom Painting $16.00 hourly wage. Lewes Delaware, John Mancuso

3.  In the past 12 twelve months have you received any money from any of the following sources?

    a.  Business, profession or other self-employment   • • Yes   • No
    b.  Rent payments, interest or dividends   • • Yes   • No
    c.  Pensions, annuities or life insurance payments   • • Yes   • No
    d.  Disability or workers compensation payments   • • Yes   • No
    e.  Gifts or inheritances   • • Yes   • No
    f.  Any other sources   • • Yes   • No

    If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?  • • Yes  (• • No)

   If "Yes" state the total amount $_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?
   • • Yes  (• • No)

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

   NONE

I declare under penalty of perjury that the above information is true and correct.

__1-10-08__  _William E Hartman_
DATE          SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

INMATE ACCOUNT STATEMENT                              08-030

TO:   Inmate Name: HARTMAN WILLIAM E
                   (Last)        (First)    (M.I.)

      SBI Number: 231787
      Housing Unit: MED-B

FR:   Inmate Account Technician

DA:

RE:   Summary Of Account

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

Attached is your account statement for the six month period of 6/1, 2007
through 11/30, 2007.

Utilizing the calculation formula described in BOP Procedure 5.4, your average daily balance for this period is $ 10.80.

Attachment

Phyllis Redden
Notary

PHYLLIS REDDEN
Notary Public, State of Delaware
My Commission Expires Oct. 31, 2009

FILED
JAN 15 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Printed: 12/14/2007

**Average Daily Balance For Pauper Filing**
For Days the Individual was in Residence at SCI from 6/1/2007 through 11/30/2007

Page 1 of 4

SBI: *00231787*   NAME:   HARTMAN, WILLAIM E

| Date | Balance |
| --- | --- |
| 06/01/2007 | $0.31 |
| 06/02/2007 | $0.31 |
| 06/03/2007 | $0.31 |
| 06/04/2007 | $0.31 |
| 06/05/2007 | $0.31 |
| 06/06/2007 | $0.31 |
| 06/07/2007 | $0.31 |
| 06/08/2007 | $0.31 |
| 06/09/2007 | $0.31 |
| 06/10/2007 | $0.31 |
| 06/11/2007 | $0.31 |
| 06/12/2007 | $0.31 |
| 06/13/2007 | $0.31 |
| 06/14/2007 | $0.31 |
| 06/15/2007 | $0.31 |
| 06/16/2007 | $0.31 |
| 06/17/2007 | $0.31 |
| 06/18/2007 | $0.31 |
| 06/19/2007 | $0.31 |
| 06/20/2007 | $0.31 |
| 06/21/2007 | $0.31 |
| 06/22/2007 | $0.31 |
| 06/23/2007 | $0.31 |
| 06/24/2007 | $0.31 |
| 06/25/2007 | $40.82 |
| 06/26/2007 | $40.82 |
| 06/27/2007 | $40.82 |
| 06/28/2007 | $40.82 |
| 06/29/2007 | $40.82 |
| 06/30/2007 | $40.82 |
| 07/01/2007 | $40.82 |
| 07/02/2007 | $40.82 |
| 07/03/2007 | $40.82 |
| 07/04/2007 | $40.82 |
| 07/05/2007 | $40.82 |
| 07/06/2007 | $40.82 |
| 07/07/2007 | $40.82 |
| 07/08/2007 | $40.82 |
| 07/09/2007 | $11.36 |
| 07/10/2007 | $11.36 |
| 07/11/2007 | $11.36 |
| 07/12/2007 | $11.36 |
| 07/13/2007 | $11.36 |
| 07/14/2007 | $11.36 |
| 07/15/2007 | $11.36 |
| 07/16/2007 | $11.36 |
| 07/17/2007 | $11.36 |
| 07/18/2007 | $11.36 |

Printed: 12/14/2007        ***Average Daily Balance For Pauper Filing***        Page 2 of 4
*For Days the Individual was in Residence at SCI from 6/1/2007 through 11/30/2007*

SBI: 00231787        NAME:   HARTMAN, WILLAIM E

| Date | Balance |
|---|---|
| 07/19/2007 | $11.36 |
| 07/20/2007 | $0.18 |
| 07/21/2007 | $0.18 |
| 07/22/2007 | $0.18 |
| 07/23/2007 | $0.18 |
| 07/24/2007 | $0.18 |
| 07/25/2007 | $38.69 |
| 07/26/2007 | $38.69 |
| 07/27/2007 | $15.01 |
| 07/28/2007 | $15.01 |
| 07/29/2007 | $15.01 |
| 07/30/2007 | $17.57 |
| 07/31/2007 | $17.57 |
| 08/01/2007 | $17.57 |
| 08/02/2007 | $17.57 |
| 08/03/2007 | $13.24 |
| 08/04/2007 | $13.24 |
| 08/05/2007 | $13.24 |
| 08/06/2007 | $13.24 |
| 08/07/2007 | $13.24 |
| 08/08/2007 | $13.24 |
| 08/09/2007 | $13.24 |
| 08/10/2007 | $1.87 |
| 08/11/2007 | $1.87 |
| 08/12/2007 | $1.87 |
| 08/13/2007 | $1.87 |
| 08/14/2007 | $1.87 |
| 08/15/2007 | $1.87 |
| 08/16/2007 | $1.87 |
| 08/17/2007 | $1.87 |
| 08/18/2007 | $1.87 |
| 08/19/2007 | $1.87 |
| 08/20/2007 | $1.87 |
| 08/21/2007 | $1.87 |
| 08/22/2007 | $1.87 |
| 08/23/2007 | $1.87 |
| 08/24/2007 | $0.35 |
| 08/25/2007 | $0.35 |
| 08/26/2007 | $0.35 |
| 08/27/2007 | $0.35 |
| 08/28/2007 | $62.54 |
| 08/29/2007 | $62.54 |
| 08/30/2007 | $62.54 |
| 08/31/2007 | $62.54 |
| 09/01/2007 | $62.54 |
| 09/02/2007 | $62.54 |
| 09/03/2007 | $62.54 |
| 09/04/2007 | $62.54 |

Printed: 12/14/2007  **Average Daily Balance For Pauper Filing**  Page 3 of 4
*For Days the Individual was in Residence at SCI from 6/1/2007 through 11/30/2007*

SBI: 00231787        NAME:    HARTMAN, WILLAIM E

| Date | Balance |
|---|---|
| 09/05/2007 | $62.54 |
| 09/06/2007 | $62.54 |
| 09/07/2007 | $18.80 |
| 09/08/2007 | $18.80 |
| 09/09/2007 | $18.80 |
| 09/10/2007 | $18.80 |
| 09/11/2007 | $18.80 |
| 09/12/2007 | $18.80 |
| 09/13/2007 | $18.80 |
| 09/14/2007 | $8.43 |
| 09/15/2007 | $8.43 |
| 09/16/2007 | $8.43 |
| 09/17/2007 | $8.43 |
| 09/18/2007 | $4.43 |
| 09/19/2007 | $4.43 |
| 09/20/2007 | $4.43 |
| 09/21/2007 | $0.16 |
| 09/22/2007 | $0.16 |
| 09/23/2007 | $0.16 |
| 09/24/2007 | $0.16 |
| 09/25/2007 | $15.55 |
| 09/26/2007 | $15.41 |
| 09/27/2007 | $15.41 |
| 09/28/2007 | $15.41 |
| 09/29/2007 | $15.41 |
| 09/30/2007 | $15.41 |
| 10/01/2007 | $15.41 |
| 10/02/2007 | $15.41 |
| 10/03/2007 | $15.41 |
| 10/04/2007 | $15.41 |
| 10/05/2007 | $0.00 |
| 10/06/2007 | $0.00 |
| 10/07/2007 | $0.00 |
| 10/08/2007 | $0.00 |
| 10/09/2007 | $0.00 |
| 10/10/2007 | $0.00 |
| 10/11/2007 | $0.00 |
| 10/12/2007 | $0.00 |
| 10/13/2007 | $0.00 |
| 10/14/2007 | $0.00 |
| 10/15/2007 | $0.00 |
| 10/16/2007 | $0.00 |
| 10/17/2007 | $0.00 |
| 10/18/2007 | $0.00 |
| 10/19/2007 | $0.00 |
| 10/20/2007 | $0.00 |
| 10/21/2007 | $0.00 |
| 10/22/2007 | $0.00 |

Printed: 12/14/2007     **Average Daily Balance For Pauper Filing**     Page 4 of 4
For Days the Individual was in Residence at SCI from 6/1/2007 through 11/30/2007
SBI: 00231787     NAME:     HARTMAN, WILLAIM E

| Date | Balance |
|---|---|
| 10/23/2007 | $0.00 |
| 10/24/2007 | $0.00 |
| 10/25/2007 | $0.00 |
| 10/26/2007 | $0.00 |
| 10/27/2007 | $0.00 |
| 10/28/2007 | $0.00 |
| 10/29/2007 | $0.00 |
| 10/30/2007 | $0.00 |
| 10/31/2007 | $0.00 |
| 11/01/2007 | $0.00 |
| 11/02/2007 | $0.00 |
| 11/03/2007 | $0.00 |
| 11/04/2007 | $0.00 |
| 11/05/2007 | $0.00 |
| 11/06/2007 | $0.00 |
| 11/07/2007 | $0.00 |
| 11/08/2007 | $0.00 |
| 11/09/2007 | $0.00 |
| 11/10/2007 | $0.00 |
| 11/11/2007 | $0.00 |
| 11/12/2007 | $0.00 |
| 11/13/2007 | $0.00 |
| 11/14/2007 | $0.00 |
| 11/15/2007 | $0.00 |
| 11/16/2007 | $0.00 |
| 11/17/2007 | $0.00 |
| 11/18/2007 | $0.00 |
| 11/19/2007 | $0.00 |
| 11/20/2007 | $0.00 |
| 11/21/2007 | $0.00 |
| 11/22/2007 | $0.00 |
| 11/23/2007 | $0.00 |
| 11/24/2007 | $0.00 |
| 11/25/2007 | $0.00 |
| 11/26/2007 | $0.00 |
| 11/27/2007 | $0.00 |
| 11/28/2007 | $0.00 |
| 11/29/2007 | $0.00 |
| 11/30/2007 | $0.00 |

Summary for 'SBI' = 00231787 (183 detail records)     **Average Daily Balance:**    $10.80

## Prior Month -- Individual Statement

Date Printed: 12/14/2007                                                                 Page 1 of 1

## For Month of June 2007

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $29.69 |
|---|---|---|---|---|---|---|
| 00231787 | HARTMAN | WILLAIM | E | | | |
| Current Location: | MEDIUM B | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 6/1/2007 | ($29.38) | $0.00 | $0.00 | $0.00 | $0.31 |
| Payroll | | 6/25/2007 | $40.51 | $0.00 | $0.00 | $0.00 | $40.82 |
| | | | | | **Ending Mth Balance:** | | **$40.82** |

## Prior Month -- Individual Statement

Date Printed: 12/14/2007                                                                                  Page 1 of 1

## For Month of July 2007

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $40.82 |
|---|---|---|---|---|---|---|
| 00231787 | HARTMAN | WILLAIM | E | | | |
| Current Location: | MEDIUM B | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 7/9/2007 | ($29.46) | $0.00 | $0.00 | $0.00 | $11.36 |
| Commissary | | 7/20/2007 | ($11.18) | $0.00 | $0.00 | $0.00 | $0.18 |
| Payroll | | 7/25/2007 | $38.51 | $0.00 | $0.00 | $0.00 | $38.69 |
| Commissary | | 7/27/2007 | ($23.68) | $0.00 | $0.00 | $0.00 | $15.01 |
| Payroll | | 7/30/2007 | $2.56 | $0.00 | $0.00 | $0.00 | $17.57 |
| | | | | | | Ending Mth Balance: | $17.57 |

## Prior Month -- Individual Statement

Date Printed: 12/14/2007                                                                 Page 1 of 1

## For Month of August 2007

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $17.57 |
|---|---|---|---|---|---|---|
| 00231787 | HARTMAN | WILLAIM | E | | | |
| Current Location: | MEDIUM B | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 8/3/2007 | ($4.33) | $0.00 | $0.00 | $0.00 | $13.24 |
| Commissary | | 8/10/2007 | ($11.37) | $0.00 | $0.00 | $0.00 | $1.87 |
| Commissary | | 8/24/2007 | ($1.52) | $0.00 | $0.00 | $0.00 | $0.35 |
| Payroll | | 8/28/2007 | $62.19 | $0.00 | $0.00 | $0.00 | $62.54 |
| | | | | | | Ending Mth Balance: | $62.54 |

# Prior Month -- Individual Statement

Date Printed: 12/14/2007      Page 1 of 1

## For Month of September 2007

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $62.54 |
|---|---|---|---|---|---|---|
| 00231787 | HARTMAN | WILLAIM | E | | | |
| Current Location: | MEDIUM B | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 9/7/2007 | ($43.74) | $0.00 | $0.00 | $0.00 | $18.80 |
| Postage | | 9/12/2007 | $0.00 | $0.00 | ($0.14) | $0.00 | $18.80 |
| Commissary | | 9/14/2007 | ($10.37) | $0.00 | $0.00 | $0.00 | $8.43 |
| Medical | | 9/18/2007 | $0.00 | ($4.00) | $0.00 | $0.00 | $8.43 |
| Medical | | 9/18/2007 | ($4.00) | $0.00 | $0.00 | $0.00 | $4.43 |
| Commissary | | 9/21/2007 | ($4.27) | $0.00 | $0.00 | $0.00 | $0.16 |
| Payroll | | 9/25/2007 | $15.39 | $0.00 | $0.00 | $0.00 | $15.55 |
| Postage | | 9/26/2007 | ($0.14) | $0.00 | $0.00 | $0.00 | $15.41 |
| | | | | | **Ending Mth Balance:** | | **$15.41** |

## Prior Month -- Individual Statement

Date Printed: 12/14/2007                                                                 Page 1 of 1

### For Month of October 2007

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $15.41 |
|---|---|---|---|---|---|---|
| 00231787 | HARTMAN | WILLAIM | E | | | |
| Current Location: | MEDIUM B | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 10/5/2007 | ($15.41) | $0.00 | $0.00 | $0.00 | $0.00 |
| Postage | | 10/17/2007 | $0.00 | $0.00 | ($1.39) | $0.00 | $0.00 |
| | | | | | Ending Mth Balance: | | $0.00 |

# Prior Month -- Individual Statement

Date Printed: 12/14/2007

Page 1 of 1

## For Month of November 2007

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00231787 | HARTMAN | WILLAIM | E | | | |
| Current Location: | MEDIUM B | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Postage | | 11/7/2007 | $0.00 | $0.00 | ($1.22) | $0.00 | $0.00 |
| Postage | | 11/7/2007 | $0.00 | $0.00 | ($0.44) | $0.00 | $0.00 |
| Copies | | 11/7/2007 | $0.00 | $0.00 | ($2.25) | $0.00 | $0.00 |
| Postage | | 11/14/2007 | $0.00 | $0.00 | ($0.44) | $0.00 | $0.00 |
| Medical | | 11/20/2007 | $0.00 | ($4.00) | $0.00 | $0.00 | $0.00 |
| | | | | | | **Ending Mth Balance:** | **$0.00** |