FILED

JAN 15 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) William Hartman, E 231787
(Name of Plaintiff)   (Inmate Number)

P.O. Box 500 Georgetown,
Delaware, 19947
(Complete Address with zip code)

(2) _____
(Name of Plaintiff)   (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) Correctional MEDICAL SERVICES
(2) Jill Mosser
(3) MEDICATION Reordering Nurse #1 Jane Doe
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

08 - 030

_____
(Case Number)
( to be assigned by U.S. District Court)

CIVIL COMPLAINT

• • Jury Trial Requested

I.   PREVIOUS LAWSUITS

   A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number
        including year, as well as the name of the judicial officer to whom it was assigned:

        NONE

        N/A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## ADDITIONAL DEFENDANTS

(4) MEDICATION Reordering NURSE, HEATHER, LAST NAME UNKNOWN. Medical would NOT Disclose NAMES OF NURSES at THIS TIme.

(5) RICHARD KEARNEY

(6) STAN TAYLOR

(7) MICHAEL DELOY

(8) CARL DANBURG

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? • (•Yes) • •No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? • •(Yes) • •No

C. If your answer to "B" is Yes:

1. What steps did you take? S.C.I Medical Grievane procedure and Appeal

2. What was the result? Jill Mosser, Decided to Take away my (KOP MEDS), AND TO HAVE ALL MEDICATIONS Nurse Administered, this Did Not solve Lapse of Medication problem.

D. If your answer to "B" is No, explain why not: _____

## III. DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: Correction Medical Services
Employed as Health care providers at Sussex Correctional Institution
Mailing address with zip code: CMS 12647 Olive Boulevard
St. Louis, MO 63141

(2) Name of second defendant: Medical Will Not Disclose Name!
Employed as Med Reordering Nurse at Sussex Correctional Institution
Mailing address with zip code: P.O. Box 500
Georgetown, DE 19947

(3) Name of third defendant: Jill Mosser
Employed as Medical, STAFF at Sussex Correctional Institution
Mailing address with zip code: P.O. Box 500
Georgetown, Delaware 19947

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. Medication reordering Nurse's failed to obtain Medication's for Life Threating disease treatment on these following Dates: 9-13-05 to 11-29-05 all medications from 10-05-05 to 11-28-05 all medications from 12-19-05 to 1-11-06

2. Jill Mosser, falsified written statement on medical Grievance form #585, and took away my KOP medication (Keep. On. Person), which didn't change Lapses in medications perscribed. This was at medical Grievace Hearing on 1-12-06.

3. 

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I would like my perscribed medications at their perscribed Days and times without Lapse's.

3

2. I would Like to be copensated for any lost work pay, on all Grievaces filed due to Lapse of medications or and compensated equal to Hourly wage IF Fired from Job Due to lapse In Medications until I obtain Job of equal Hourly wage.

3. My life was put in Jepardy Numerous times. I would like C.M.S to compensate me In the amount of $760,000.00, IN which I could of made IN a life time.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __10th__ day of __January__, 2008.

_William Edgar Hartman_
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

Case 1:08-cv-00030-SLR    Document 2    Filed 01/15/2008    Page 6 of 6



FROM: William Hartman   BLDG. 1120-B
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

TO: CLERK US DISTRICT COURT
LOCL BOX 18
844 N KING STREET
WILMINGTON, DELAWARE
19801

U.S.M.S
X-RAY