IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

WILLIAM E HARTMAN                    x  NO# 1:08-CV-30 (SLR)
          VS.                         x
CORRECTIONAL MEDICAL SERVICES, et AL  x  DATED

FILED
MAR 31 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MOTION TO AMEND CIVIL SUITE

HERE NOW, COMES, WILLIAM E HARTMAN, PRO-SE ASKING THIS HONORABLE COURT TO ACCEPT THIS MOTION TO AMEND, CIVIL SUITE CASE NO# 1:08-CV-30 FOR THESE FOLLOWING GROUNDS:

(1) FROM 8-9-05 TO THIS CURRENT DATE, IN MARCH 2008. (C.M.S) CORRECTIONAL MEDICAL SERVICES HAS CONTRACTED THE DISPENCING OF MEDICATION TO INMATES HERE AT SUSSEX CORRECTIONAL INSTITUTION HERE IN GEORGETOWN DELAWARE AND HAS FAILED TO DO SO, PER THEIR CONTRACT WITH THE DEPARTMENT OF CORRECTIONS.

(2) I HAVE A LIFE THREATING HEART DISEASE PROBLEM AND HAVE A DEFIBULATOR IMPlANT AS WELL AS TWO STENT IMPLANTS.

(3) I HAVE FILED 58 MEDICAL GRIEUENCES WITH (C.M.S) FOR MEDICAL NEGLIGENCE IN LESS THAN A THREE YEAR PERIOD, IN WHICH ONLY NINETEEN OF THESE GRIEUENCES HAVE HAD HEARINGS AS OF TODAY. FIVE OUTDATED GRIEUENCES WERE DONE IN THE SAME DAY OUT OF THE NINETEEN.

(4) THE FOLLOWING ARE DATES OF MEDICATION LAPSES AND BLOOD PRESSURE READING DATES DUE TO LAPSES OF MEDICATION.

(4) CONTINUED: SINCE MY ARRIVAL HERE AT SUSSEX CORRECTIONAL INSTITUTION, ON 8-9-05 TO 7-3-06 I MADE NO RECORD OF INDIVIDUAL MEDICATION LAPSES, HOWEVER, FROM 9-13-05 to 11-28-05 TWO MEDICATIONS LAPSED, FROM 10-5-05 to 10-28-05 ALL MEDICATIONS LAPSED, FROM 12-19-05 to 1-11-06 ALL MEDICATIONS LAPSED AND FROM 5-16-06 to 5-31-06 ALL MEDICATIONS LAPSED.

INDIVIDUAL MEDICATION LAPSE DATES:
7-23-06, 8-8-06, 8-9-06, 8-11-06, 8-12-06, 8-13-06, 8-14-06, 8-15-06, 8-16-06, 8-19-06, 8-20-06, 8-23-06, 8-24-06, 8-25-06, 8-27-06, 8-29-06, 9-6-06, 9-7-06, 9-9-06, 11-7-06, 11-11-06, 11-17-06, 12-2-06, 12-12-06, 12-13-06, 1-10-07, 1-15-07, 1-29-07, 2-3-07, 2-7-07, 2-14-07, 2-15-07, 2-26-07, 2-27-07, 3-4-07, 3-6-07, 3-12-07, 3-18-07, 3-19-07, 3-20-07, 3-27-07, 4-7-07, 4-9-07, 4-27-07, 5-8-07, 5-9-07, 5-24-07, 6-21-07, 6-22-07, 6-23-07, 6-24-07, 6-25-07, 6-26-07, 7-6-07, 7-13-07, 7-17-07, 7-27-07, 8-2-07, 8-3-07, 8-4-07, 8-5-07, 8-6-07, 8-27-07, 9-1-07, THRU - 9-19-07 NO NITRO, 11-5-07, 11-29-07, 11-30-07, 12-3-07, 1-25-08, 1-26-08, 3-21-08,

ALL MEDICATION LAPSE DATES:
10-5-05, THRU 10-28-05, 12-19-05, THRU 1-11-06, 8-24-06, 10-5-06, 11-7-06, 12-12-06, 12-13-06, 1-15-07, 3-20-07, 4-27-07, 5-9-07, 5-24-07, 7-6-07, 7-13-07, 7-17-07, 8-2-07.

NITRO BOTTLE LAPSE DATE:
2-3-07 THRU 2-19-07

## NITRO PATCH LAPSE DATES:

7-23-06, 8-24-06, 8-27-06, 10-5-06, 11-7-06, 12-2-06, 12-13-06, 1-15-07, 2-7-07, 3-18-07, 3-19-07, 3-20-07, 4-7-07, 4-27-07, 5-9-07, 5-24-07, 7-6-07, 7-13-07, 7-17-07, 7-27-07, 8-2-07, 9-1-07, THRU 9-19-07.

## NORVASC/BLOOD PRESSURE LAPSE

8-8-06, 8-12-06, THRU-8-25-06, 8-27-06, 8-29-06, 9-6-06, 9-7-06, 9-9-06, 10-5-06, 10-19-06, 10-20-06, 10-21-06, 10-22-06, 10-24-06, 10-25-06, 11-7-06, 12-13-06, 1-10-07, 1-15-07, 2-26-07, 2-27-07, 3-4-07, 3-6-07, 3-12-07, 3-20-07, 4-27-07, 5-9-07, 5-24-07, 7-6-07, 7-13-07, 7-17-07, 7-27-07, 8-2-07, 11-05-07, 1-25-07, 1-26-07.

## CALVAN/BLOOD PRESSURE LAPSE — 11-11-06.

## LOCOR/CHOLESTEROL — 8-27-07, 3-21-08

## CRESTOR/CHOLESTEROL — 8-19-06, 8-24-06, 8-27-06, 10-5-06, 11-7-06, 12-12-06, 1-15-07, 2-14-07, 2-15-07, 2-26-07, 2-27-07, 3-4-07, 3-6-07, 3-12-07, 3-27-07, 4-9-07, 5-8-07, 6-21-07, THRU 7-11-07

## DAILY VITAMINES — 8-24-06, 10-5-06, 11-7-06, 12-13-06, 1-15-07, 3-20-07, 4-27-07, 5-9-07, 5-24-07, 7-6-07, 7-13-07, 7-17-07, 7-27-07, 8-2-07, 8-3-07, Thru 8-31-07, 3-21-08.

## DAILY ASPIRIN — 3 21-08

## DAILY ALLERGY — 3-21-08

## ZANTAC — 3-21-08

BLOOD PRESSURE READINGS DUE TO MEDICATION LAPSE'S —

7-3-06 111/180 SECOND READING ON 7-3-06 93/146, 7-11-06 93/146, 7-17-06 92/153, 8-2-06 97/59, 8-9-06 100/71, 8-11-06 97/57, 9-9-06 116/74, 9-11-06 114/74, 9-22-06 96/61, 9-25-06 96/76, 9-28-06 116/69, 10-5-06 127/75, 10-9-06 98/64, 11-17-06 112/64, 1-15-07 61/103, 1-29-07 64/96, 3-12-07 122/88. AND IN CONCLUSION, I WAS TERMINATED FROM WOODSHOP BECAUSE MEDICAL DID NOT SUPPLY MEDICATION PERSCRIBED TO ME AND TOOK TOO LONG TO GET ME AN APPOINTMENT WITH DOCTOR FOR A, CAN RETURN TO WORK SLIP BECAUSE I WAS OFF MY MEDICATION FOR SO LONG, DUE TO MEDICAL NOT SUPPLYING MEDICATIONS NEEDED TO WORK WITHIN A SAFE MARGIN DUE TO HEART DISEASE PROBLEMS. I AM ASKING TO BE COMPENSATED FOR MY HOURLY WAGE OF .40¢ FOR EACH HOUR I MISSED WORK, OR AM AT ANOTHER JOB COMPENSATE TO EQUAL .40¢ HOURLY RATE. I WAS NOT AT FAULT FOR THE LOSS OF MY WOODSHOP JOB. MY LAPSE IN MEDICATION DUE TO MEDICAL SERVICES NEGLIGENCE, COST ME MY WOODSHOP JOB WHERE I MADE .40¢ HOURLY WAGES. NOW I WAS MOVED AND AM A DISHWASHER IN KITCHEN MAKING .18¢ HOURLY, I ALSO WOULD LIKE CMS TO BE MADE TO PAY ALL LEGAL AND COURT FEES, AS I FEEL THIS IS ALL DUE TO MEDICAL NEGLIGENCE BY STAFF HERE IN SUSSEX COUNTY, GEORGETOWN DELAWARE, AT P.O. BOX 500. SUSSEX CORRECTIONAL INSTITUTION.

THANK YOU FOR YOUR
TIME IN THIS MATTER,

*William E Hartman*
WILLIAM E. HARTMAN

# CERTIFICATE OF DELIVERY

I WILLIAM E HARTMAN, PRO-SE, DO HEREBY CERTIFY THAT A TRUE COPY OF THE FOREGOING MOTION TO AMEND CIVIL SUITE CASE NO# 1:08-CV-30 (SLR) WERE MAILED BY FIRST CLASS MAIL TO THE CLERK, UNITED STATES DISTRICT COURT IN THE DISTRICT OF DELAWARE 844 N. KING STREET, LOCKBOX 18 WILMINGTON, DELAWARE 19801-3570 ON THIS 27TH DAY OF MARCH 2008

*William E Hartman*
WILLIAM E HARTMAN,- PRO-SE
S.B.I 231787 MED-B
S.C.I P.O. Box 500
GEORGETOWN, DELAWARE 19947

I/M: William S Hartman BLDG: MED-B
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

MED-B
SBI-231787

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET LOCKBOX 18
WILMINGTON, DELAWARE
19801-3570