To whom it may concern;

08-30 (SLR)

I hope I filled these out correctly, Thank you for your time in this matter. also please inform me of any mistakes, I also am Requesting A copy/print out of all payments made to the District court.

Thank you once again,

William E Hartman

SBI # 231787  MED-B

S.C.I P.O. Box 500

Georgetown, De 19947



I/M: William E Hartman BLDG. MEO-B  SBI # 231787
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

ATTN:
Office of Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
     19801-3570