OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK OF COURT

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

July 18, 2008

TO: William E. Hartman  
SBI# 231787  
Sussex Correctional Institution (SCI)  
P.O. Box 500  
Georgetown, DE 19947

**RE:  UNITED STATES MARSHAL 285 FORMS - DEFICIENCY NOTED  
CIV. NO. 08-30 (SLR)**

Dear Mr. Hartman:

   Please be advised that this office has received United States Marshal 285 forms for all defendants except: Correctional Medical Services.

   Please submit a new United States Marshal 285 form for Correctional Medical Services. Upon receipt of the form(s), your complaint and amended complaint will be forwarded to the United States Marshal for service in accordance with the Court's orders.

   Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/ead                                    PETER T. DALLEO  
                                        CLERK

cc: The Honorable Sue L. Robinson