OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 31, 2008

TO:  William E. Hartman
     SBI# 231787
     Sussex Correctional Institution (SCI)
     P.O. Box 500
     Georgetown, DE 19947

**RE:  Request for Financial Ledger; CA 08-30(SLR)**

Dear Mr. Hartman:

This is in response to your letter received on 7/17/08 requesting the financial ledger. Enclosed please find the financial ledger for your reference.

I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/ead

PETER T. DALLEO
CLERK

cc: The Honorable Sue L. Robinson
enc: Financial Ledger

WILLIAM E. HARTMAN V. CMS ET AL.

CA 08-30-MPT
CASE #1

| DATE | FUND | RECEIPT | AMOUNT | BALANCE |
|---|---|---|---|---|
| 1/24/2008 | | | | 350 |
| 5/19/2008 | 5100PL | 152021 | 5.3 | 344.7 |
| 6/6/2008 | 5100PL | 152218 | 6 | 338.7 |
| 7/7/2008 | 5100PL | 152548 | 12.94 | 325.76 |